FILED: June 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4141
(3:15-cr-00007-NKM-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

EDWARD LAVON FERRIS

      Defendant - Appellant

_____

O R D E R
_____

      Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

      The court grants appellant leave to file a joint appendix not to exceed 753 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk